WILLIAM A. HALBE, Appellant, v. SAMUEL ADAMS and JOHN FLANIGAN, Respondents. (Action No. 2.)

First Department, March 9, 1917.

See head note in *Halbe* v. *Adams, No. 1 (ante*, p. 588).

APPEAL by the plaintiff, William A. Halbe, from a judgment of the Supreme Court in favor the defendants, entered in the office of the clerk of the county of New York on the 28th day of June, 1916, upon the decision of the court after a trial at the New York Special Term of the issues arising upon the equitable counterclaim in the second amended answer.

The judgment appealed from ordered, among other things, that a lease be reformed *nunc pro tunc.*

*George H. Taylor, Jr.,* for the appellant.

*John J. Adams,* for the respondents.

PAGE, J:

For the reasons given in *Halbe* v. *Adams, No. 1* (176 App. Div. 588), decided herewith, the judgment will be reversed, with

costs, the counterclaim dismissed on the merits, and the case remitted to the Trial Term for disposition of the remaining issues of fact.

CLARKE, P. J., SCOTT and DAVIS, JJ., concurred; SMITH, J., dissented.

Judgment reversed, with costs, and counterclaim dismissed on the merits and case remitted to Trial Term as stated in opinion. Order to be settled on notice.